

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00685-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Julian **CALDERAS** Jr. and Erika Calderas,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Renée Yanta, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  November 18, 2015

DISMISSED

On November 6, 2015, Appellant moved this court to dismiss the appeal. Appellant states the parties have settled their dispute, and Appellees agreed to the motion.

Appellant's motion is granted; the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f).

PER CURIAM